IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CROSSVILLE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:09-0120 |
| ) | **Judge Trauger** |
| KEMPER DESIGN CENTER, INC., ) | |
| JEROME H. BERKEMEYER, ) | |
| JIM BERKEMEYER, AND ) | |
| EDWARD SPAR, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Judgment on the Pleadings filed by plaintiff Crossville, Inc. (Docket No. 8) is **DENIED**.

It is so Ordered.

Entered this 2nd day of July 2010.

_____
ALETA A. TRAUGER
United States District Judge

1