IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| CROSSVILLE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-cv-0120 |
| | ) | Judge Trauger |
| KEMPER DESIGN CENTER, INC., | ) | |
| JEROME H. BERKEMEYER, | ) | |
| JIM BERKEMEYER, and EDWARD SPAR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendants Kemper Design Center, Inc., Jerome Berkemeyer, Jim Berkemeyer, and Edward Spar (Docket No. 15) is **GRANTED IN PART** and **DENIED IN PART**. The liability of defendants Jerome Berkemeyer, Jim Berkemeyer, and Edward Spar as guarantors is $36,966.02, plus contractual interest and fees. Count II of the plaintiff's Verified Complaint (Docket No. 1 ¶¶ 28-32) is dismissed as to defendant Kemper Design Center, Inc.

It is so Ordered.

Entered this 14th day of December 2010.

_____
ALETA A. TRAUGER
United States District Judge